UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIO CESAR VENTURA, *individually and on behalf of others similarly situated,*

                      *Plaintiff,*

      -against-

LA DURA FOOD CORP (D/B/A LA DURA FOOD CORP), RAMON GOMEZ (AKA GUARIO), JOSE JAVIER ESTEVEZ, and MARCOS GOMEZ,
                      *Defendants,*
-----------------------------------------------------------------X

Civil Action No. 1:25-cv-01012

**JUDGMENT**

## **JUDGMENT**

On October 15, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JULIO CESAR VENTURA, has judgment against LA DURA FOOD CORP (D/B/A LA DURA FOOD CORP), RAMON GOMEZ (AKA GUARIO), JOSE JAVIER ESTEVEZ, and MARCOS GOMEZ, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 16, 2025

                                                   _____
                                                   J. PAUL OETKEN
                                                   United States District Judge